WILLIAM R. TAMAYO -   #084965
DAVID F. OFFEN-BROWN - #063321
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105-1260
Telephone: (415) 625-5652
Facsimile: (415) 625-5609

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br>Vs.<br><br>UNITED AIRLINES, INC.<br><br>                Defendant. | CIVIL ACTION NO. CV 09 0784 CW<br><br><u>STIPULATION AND<br>ORDER FOR EXTENSION OF</u><br>**<u>CONSENT DECREE DEADLINE</u>** |

The Amended Consent Decree filed on March 17, 2009 in this case requires that Plaintiff Equal Employment Opportunity Commission (the "EEOC") provide Defendant United Airlines, Inc. ("United"), by November 15, 2009, with instructions for the payments to be made to class members.  Unforeseen circumstances have delayed the EEOC's processing of claims.  The EEOC therefore requests an extension until December 15, 2009 to provide United with said instructions.   United stipulates to this extension.

AGREED AND APPROVED FOR:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Date: _____

David F. Offen-Brown, Supervisory Trial Attorney

1

_____

UNITED AIRLINES, INC.

Date: 11/10/09    _____
Krista Stevenson Johnson, Esq.


_____


IT IS SO ORDERED.

Date: __11/13__, 2009    _____[signature: Claudia Wilken]_____
The Honorable Claudia Wilken
JUDGE, U.S. DISTRICT COURT