1 | KRISTA STEVENSON JOHNSON, Bar No. 185241
LITTLER MENDELSON
2 | A Professional Corporation
650 California Street, 20th Floor
3 | San Francisco, CA 94108.2693
Telephone: 415.677.3164
4 | Facsimile: 415.743.6674
Email: kjohnson@littler.com
5
Attorneys for Defendant
6 | UNITED AIRLINES, INC.

7 | DAVID F. OFFEN-BROWN, Bar No. 63321
U.S. EQUAL EMPLOYMENT OPPORTUNITY
8 | COMMISSION
San Francisco District Office
9 | 350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
10 | Telephone: 415.625.5652
Facsimile: 415.625.5631
11
Attorneys For Plaintiff
12 | EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. CV 09 0784 CW<br><br>**ORDER GRANTING STIPULATION RE: MODIFICATION OF AMENDED CONSENT DECREE** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION RE: AMENDED CONSENT DECREE**
FIRMWIDE:93820728.1 052664.1050

**Case No. CV 09 0784 CW**

1  The Consent Decree in this case was twice modified to extend the deadline for Plaintiff Equal Employment Opportunity Commission (EEOC) to provide Defendant United Airlines, Inc. (United) with instructions for the payments to be made to class members; this extended deadline was met on December 22, 2009. The parties agree and request that the Amended Consent Decree, filed on March 17, 2009 in this case, modified by the Stipulation and Order for Extensions of Consent Decree Deadline filed on November 13, 2009 and December 15, 2009, be modified as follows:

1.  That Defendant United Airlines have until April 1, 2010 to distribute the settlement proceeds to the class members who have made claims under the Consent Decree in accordance with Paragraph 6 of the Consent Decree. Currently, Paragraph 6 provides that United Airlines shall have 60 days from December 22, 2009 to distribute the settlement, which means this is an extension of 38 days.

2.  That page 6, line 28 of the Consent Decree read "Paragraph 8" instead of "Paragraph 9" and that page 7, line 2 read "Paragraph 7" instead of "Paragraph 8". The changes in this paragraph are requested to conform the language of the Consent Decree to the intent of the parties and to correct errors that were made in the drafting of the Consent Decree.

Dated: January 27, 2010

/s/
KRISTA STEVENSON JOHNSON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
UNITED AIRLINES, INC.

Dated: January 26, 2010

/s/
DAVID F. OFFEN-BROWN
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION RE: AMENDED CONSENT DECREE**
FIRMWIDE:93820728.1 052664.1050

2.

**Case No. CV 09 0784 CW**

IT IS SO ORDERED.

Date: 2/1/ 2010

_____
The Honorable Claudia Wilken
JUDGE, U.S. DISTRICT COURT

Firmwide:93668165.1 052664.1050

**STIPULATION RE: AMENDED CONSENT DECREE** 3. **Case No. CV 09 0784 CW**

FIRMWIDE:93820728.1 052664.1050