1  KRISTA STEVENSON JOHNSON, Bar No. 185241
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA  94108.2693
   Telephone:    415.677.3164
4  Facsimile:    415.743.6674
   Email:        kjohnson@littler.com
5
   Attorneys for Defendant
6  UNITED AIRLINES, INC.

7  DAVID F. OFFEN-BROWN, Bar No. 63321
   U.S. EQUAL EMPLOYMENT OPPORTUNITY
8  COMMISSION
   San Francisco District Office
9  350 The Embarcadero, Suite 500
   San Francisco, CA 94105-1260
10 Telephone:    415.625.5652
   Facsimile:    415.625.5631
11
   Attorneys For Plaintiff
12 EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
13
                    UNITED STATES DISTRICT COURT
14
                 NORTHERN DISTRICT OF CALIFORNIA
15
                         OAKLAND DIVISION
16

17 EQUAL EMPLOYMENT                      Case No. CV 09 0784 CW
   OPPORTUNITY COMMISSION,
18                                       **STIPULATION RE: MODIFICATION OF**
                     Plaintiff,          **AMENDED CONSENT DECREE**
19
          v.
20
   UNITED AIRLINES, INC.,
21
                     Defendant.
22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**STIPULATION RE: AMENDED
CONSENT DECREE**                                        **Case No. CV 09 0784 CW**
FIRMWIDE:94846878.1 052664.1050

1      The Consent Decree in this case was twice modified to extend the deadline for

2  Plaintiff Equal Employment Opportunity Commission (EEOC) to provide Defendant United

3  Airlines, Inc. (United) with instructions for the payments to be made to class members, and one

4  other time to extend the deadline for United to distribute the settlement proceeds to the class

5  members.  Although it expects to make most of the payments to class members on a timely basis,

6  United has requested an additional extension to ensure that all class member payments are timely

7  made.   The parties therefore agree and request that the Amended Consent Decree, filed on

8  March 17, 2009, modified by the Stipulation and Orders filed on November 13, 2009, December 15,

9  2009, and January 27, 2010, be modified as follows:

10      1.      That United shall have until April 23, 2010 to distribute the settlement

11  proceeds to the class members who have made claims under the Consent Decree in accordance with

12  Paragraph 6 of the Consent Decree.  Pursuant to a previous amendment by the parties, United

13  currently has until April 1, 2010 to distribute the settlement proceeds.

14      I hereby attest that the content of this document is acceptable to all persons required

15  to sign this document.

16  Dated: March 31, 2010

17                                           /s/
                                             KRISTA STEVENSON JOHNSON
18                                           LITTLER MENDELSON
                                             A Professional Corporation
19                                           Attorneys for Defendant
                                             UNITED AIRLINES, INC.
20  Dated: March 31, 2010

21

22                                           /s/
                                             DAVID F. OFFEN-BROWN
23                                           Attorneys for Plaintiff
                                             U.S. EQUAL EMPLOYMENT
24                                           OPPORTUNITY COMMISSION

25  IT IS SO ORDERED.

26  Date: April 5, 2010

27                                           The Honorable Claudia Wilken
                                             JUDGE, U.S. DISTRICT COURT
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**STIPULATION RE: AMENDED
CONSENT DECREE**

2.

**Case No. CV 09 0784 CW**